UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN

MATTHEW GREEN,

      Plaintiff,

v.

GOWANUS INDUSTRIAL PARK, INC.,

      Defendant.

_____/

Case No.:     26-cv-6430

Honorable

## **COMPLAINT**

**NOW COMES** Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

1. This is a maritime personal injury claim arising from Defendant's negligence in the ownership, operation, navigation, management, and/or control of its vessel.

2. This Court has original subject-matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between Plaintiff and Defendant, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

3. Plaintiff, MATTHEW GREEN, is a citizen of the State of Virginia.

4. Defendant, GOWANUS INDUSTRIAL PARK, INC., is a corporation organized under the laws of the State of Delaware, with its principal place of business in the State of New York. Accordingly, Defendant is a citizen of Delaware and New York.

5. Plaintiff's claims arise under the general maritime law of the United States because the occurrence took place on navigable waters and arose from the operation and allision of commercial vessels engaged in traditional maritime activity.

6. Although Plaintiff's claims are maritime in nature, Plaintiff invokes this Court's

diversity jurisdiction and does not designate this action, or any claim asserted herein, as an admiralty or maritime claim pursuant to Federal Rule of Civil Procedure 9(h). Plaintiff preserves and demands his right to trial by jury.

7.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Defendant resides in this District and a substantial part of the events or missions giving rise to the claims occurred in this District.

8.    On or about December 19, 2025, Plaintiff was working as a AB Tankerman aboard the DS-37 barge in Brooklyn, New York, when Defendant's unattended vessel, the M/V PANAMA LOUJAINE, violently allided with the DS-37. As a direct and proximate result of Defendant's presumptive negligence, Plaintiff sustained injuries.

9.    Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

a.    Pain and suffering, past future.

b.    Mortification, humiliation, fright shock and embarrassment.

c.    Loss of earnings and earning capacity.

d.    Hospital, pharmaceutical and other cure expenses.

e.    Aggravation of prior condition, if any there be.

f.    Inability to engage in social, recreational, and other pursuits previously enjoyed.

g.    Mental anguish.

h.    Found.

i.    Maintenance, cure, and/or attorney fees.

WHEREFORE, Plaintiff demand trial by jury and judgement against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

Respectfully submitted,

O'Bryan Baun Karamanian

/s/ Dennis M. O'Bryan
Dennis M. O'Bryan (P30545)
Aurora G. O'Bryan (P88055)
Attorneys for Plaintiff
40l S. Old Woodward, Suite 463
Birmingham, MI   48009
Phone: 248.258.6262
dob@obryanlaw.net
aob@obryanlaw.net

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN

MATTHEW GREEN,

              Case No.:  26-cv-6430

  Plaintiff,

              Honorable

v.

GOWANUS INDUSTRIAL PARK, INC.,

  Defendant.

_____/

## **DEMAND FOR TRIAL BY JURY**

  **NOW COMES** Plaintiff, by and through counsel undersigned, O'Bryan Baun Karamanian, and hereby demands trial by jury in the above-referenced cause of action.

         Respectfully submitted,

         O'Bryan Baun Karamanian

         */s/ Dennis M. O'Bryan*
         Dennis M. O'Bryan (P30545)
         Aurora G. O'Bryan (P88055)
         Attorneys for Plaintiff
         40l S. Old Woodward, Suite 463
         Birmingham, MI   48009
         Phone: 248.258.6262
         dob@obryanlaw.net
         aob@obryanlaw.net

4