UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

:

MATTHEW GREEN,                                                       :

:

                          Plaintiff,        :

:

           -v –                                     :

:

GOWANUS INDUSTRIAL PARK, INC.,                                       :

:

                  Defendant.          :

:

------------------------------------------------------------------- X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  7/30/2026 |

1:26-cv-6430-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Plaintiff commenced this action on July 28, 2026, asserting personal injury claims.  Dkt. No. 1.  The complaint alleges that venue is proper in this district "because Defendant resides in this District and a substantial part of the events or missions giving rise to the claims occurred in this District."  *Id.* ¶ 7.

Because Plaintiff is a citizen of Virginia, *id.* ¶ 3, because Defendant is a Delaware corporation with its principal place of business in New York State, *id.* ¶ 4, and because the events giving rise to Plaintiff's claims arose in the Eastern District of New York and not this District, *id.* ¶ 8, the Court issued an order to show cause as to why this case should not be transferred to Eastern District of New York on July 30, 2026.  Dkt. No. 8.  In that order, the Court noted that there "no allegations in the complaint describing the occurrence of events or the residence of any defendant in the Southern District of New York"  *Id.*  The Court also noted that "the Court is inclined to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1406(a)."  *Id.*  Finally, the order gave Plaintiff until no later than July 31, 2026 to show cause as to why the case should not be transferred to the Eastern District of New York (or to consent to transfer).  *Id.*; *see* 28 U.S.C. § 1406(a).

On July 30, 2026, Plaintiff consented to transfer this case to the Eastern District of New York.  Dkt. No. 9.  Accordingly, this case is hereby transferred to the Eastern District of New York.

The Clerk of Court is directed to transfer this case to Eastern District of New York without delay.  Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: July 30, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge